HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
SAMANTHA D. WOLFF, SBN 240280
swolff@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendant
LOS ANGELES COUNTY
METROPOLITAN TRANSIT
AUTHORITY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>Defendants. | Case No. 2:18-cv-01069<br><br>**STIPULATION TO EXTEND TIME OF DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>First Amended<br>Complaint served:       May 7, 2018<br>Current response date: May 29, 2018<br>New response date:    June 27, 2018 |

Pursuant to Local Rule 8-3, the parties hereby stipulate to a thirty (30) day extension of time, through and including June 27, 2018, for Defendant Los Angeles County Metropolitan Transit Authority ("Defendant") to respond to the First

Case No. 2:18-cv-01069
STIPULATION TO EXTEND TIME OF DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSIT
AUTHORITY TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

14416043.1

Amended Complaint for Damages of Plaintiffs Kathleen Williams and Michael Hill ("Plaintiffs") based on the following:

1. Plaintiffs effectuated service of the Summons and First Amended Complaint on Defendant on May 7, 2018 under Fed. R. Civ. P. 4(h).
2. Under Fed. R. Civ. P. 12(a), Defendant's response to the Complaint was originally due to be served on or before May 29, 2018.
3. The parties have agreed that in the interest of efficient case management, Defendants' response to the First Amended Complaint should and may be extended by thirty (30) days, so that Defendants' responsive pleading will now be due on or before June 27, 2018.

DATED: May 29, 2018                    LAW OFFICE OF SHIRIN BUCKMAN

By: /s/ Shirin Buckman
SHIRIN BUCKMAN
Attorneys for Plaintiffs
KATHLEEN WILLIAMS
and MICHAEL HILL

DATED: May 29, 2018                    WALK FREE LAW

By: /s/
ALANA YAKOVLEV
Attorneys for Plaintiffs
KATHLEEN WILLIAMS
and MICHAEL HILL

| | | |
|---|---|---|
| 1 | DATED: May 29, 2018 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/ Kurt A. Franklin_____ |
| 5 | | KURT A. FRANKLIN<br>SAMANTHA D. WOLFF |
| 6 | | Attorneys for Defendant |
| 7 | | LOS ANGELES COUNTY<br>METROPOLITAN TRANSIT |
| 8 | | AUTHORITY |

14416043.1

-3-    Case No. 2:18-cv-01069
STIPULATION TO EXTEND TIME OF DEFENDANT LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)