Rickey Ivie, Esq. (S.B.N. 76864)
rivie@imwlaw.com
Armand J. Jaafari, Esq. (S.B.N. 316607)
ajaafari@imwlaw.com
*IVIE, McNEILL & WYATT*
*A Professional Law Corporation*
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone:   (213) 489-0028
Facsimile:   (213) 489-0552

Attorneys for Defendant
**LOS ANGELES COUNTY METROPOLITAN TRANSPORTATION AUTHORITY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES METROPOLITAN TRANSPORTATION AUTHORITY, a municipal entity; and DOES 1-10. <br> Defendants. | CASE NO.: 2:18-CV-01069-AB-JC <br><br> **SECOND STIPULATION TO EXTEND TIME OF DEFENDANT LOS ANGELES METROPOLITAN TRANSPORTATION AUTHORITY TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 8-3)** <br><br> First Amended Complaint served:   May 7, 2018 <br> Current response date: June 27, 2018 <br> New response date: July 11, 2018 |

1

Pursuant to Local Rule 8-3, the parties hereby stipulate to a fourteen (14) day extension of time, through and including July 11, 2018, for Defendant Los Angeles County Metropolitan Transit Authority ("Defendant") to respond to the First Amended Complaint for Damages of Plaintiffs Kathleen Williams and Michael Hill (collectively "Plaintiffs") based on the following:

1. Plaintiffs effectuate service of the Summons and First Amended Complaint on Defendant May 7, 2018 under Fed. R. Civ. P. 4(h).
2. Under Fed. R. Civ. P. 12(a), Defendant's response to the Complaint was originally due to be served on or before May 29, 2018.
3. Defendant's and Plaintiffs' counsel entered into a stipulation to extend Defendant's response to June 27, 2018.
4. On or around June 11, 2018 Defendant's counsel, Samantha D. Wolff and Kurt A. Franklin of Hanson Bridget LLP, withdrew as counsel to Defendant.
5. On June 14, 2018, Defendant retained the undersigned counsel for representation in this action.
6. On June 22, 2018, Defendant's counsel, Armand Jaafari and Rickey Ivie of Ivie, McNeill & Wyatt, submitted request for approval of substitution of counsel to Defendant and Hanson Bridget LLP.
7. Counsel for Plaintiffs and counsel for Defendant seek additional time to meet and confer pursuant to C.D. Cal. Local Rule 7-3 to determine if some or all of the issues to be raised in defendants' contemplated motion to dismiss Plaintiffs' First Amended Complaint can resolved without Court intervention.
8. The parties have agreed that in the interest of efficient case management, Defendant's response to the First Amended Complaint should and may be extended by fourteen (14) days, so that Defendant's responsive pleading will now be due on or before July 11, 2018.

Dated: _____

**LAW OFFICE OF SHIRIN BUCKMAN**

By: **/s/ *Shirin Buckman*_____**
 **SHIRIN BUCKMAN**
 **Attorneys for Plaintiffs**
 **KATHLEEN WILLIAMS and**
 **MIACHAEL HILL**

Dated: _____

**WALK FREE LAW**

By: **/s/ *Alana Yakovlev*_____**
 **ALANA YAKOVLEV**
 **Attorneys for Plaintiffs**
 **KATHLEEN WILLIAMS and**
 **MIACHAEL HILL**

Dated:  June 27, 2018

**IVIE, McNEILL & WYATT**

By: **/s/ *Armand J. Jaafari*_____**
 **RICKEY IVIE**
 **ARMAND J. JAAFARI**
 **Attorneys for Defendant**
 **LOS ANGELES METROPOLITAN TRANSPORTATION AUTHORITY**