1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual,<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES METROPOLITAN TRANSPORTATION AUTHORITY, a municipal entity; and DOES 1-10.<br>                    Defendants. | CASE NO.: 2:18-CV-01069-AB-JC<br><br>**[PROPOSED] ORDER RE: DEFENDANT MTA'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1

# ORDER

This action came on for hearing before the Court, on _____ , Hon. Andre Birotte, Central District of California Court Judge Presiding, on Defendant's Motion Dismiss having been fully considered, the issues having been duly heard and a decision having been fully rendered, IT IS HEREBY ORDERED AND ADJUDGED that:

☐ Defendant's Motion Dismiss is GRANTED without leave to amend.

☐ _____
    _____
    _____
    _____
    _____
    _____

**IT IS SO ORDERED.**

**DATED:_____**                _____
                                   **Hon. André Birotte, Jr.**
                                   **United States District Judge**