CHARLES PARKIN, City Attorney
MATTHEW M. PETERS, Deputy City Attorney
State Bar No. 306959
333 West Ocean Boulevard, 11th Floor
Long Beach, California 90802-4664
Telephone: (562) 570-2200
Facsimile: (562) 436-1579

Attorneys for Defendants CITY OF LONG BEACH, ROBERT J. CRUZ, NORMAN A. DUMAPLIN, and JONATHAN STEINHAUSER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-01069-AB-JC<br><br>***DISCOVERY MOTION***<br><br>Honorable Andre Birotte, Jr.<br><br>**DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFFS' RESPONSES WITHOUT OBJECTIONS TO DEFENDANT, CITY OF LONG BEACH'S INTERROGATORIES (SET ONE) AND REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>[*Filed Concurrently with Joint Stipulation Per Local Rule 37-2; Declaration of Matthew M. Peters; Supporting Exhibits; and Proposed Order*]<br><br>**DATE: June 7, 2019**<br>**TIME: 10:00 a.m.**<br>**COURTROOM: "7B"**<br><br>Complaint Filed: February 7, 2018<br>Discovery Cut-Off: July 18, 2019<br>FPTC: October 11, 2019<br>Trial Date: October 29, 2019 |

1

**DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFFS' RESPONSES WITHOUT OBJECTIONS TO DEFENDANT, CITY OF LONG BEACH'S INTERROGATORIES, SET ONE**

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

**TO THE HONORABLE COURT**:

PLEASE TAKE NOTICE that on June 7, 2019 at 10:00 a.m., in Courtroom 7B, before Honorable Andre Birotte, Jr., Defendants CITY OF LONG BEACH, ROBERT CRUZ, NORMAN DUMAPLIN and JONATHAN STEINHAUSER (collectively "Defendants") will move the Court for an order to compel Plaintiffs, KATHLEEN WILLIAMS and MICHAEL HILL (collectively "Plaintiffs") to comply with the requirements of Federal Rules of Civil Procedure, Rules 33 and 34 without objections to Defendants' Interrogatories (Set 1) and Requests for Production of Documents (Set 1) propounded respectively on August 15, 2018.

Compliance with Federal Rules of Civil Procedure, Rule 37(1):  This Notice of Motion and Joint Stipulation are made following the conference of counsel pursuant to Rule 37(1), which took place on November 20, 2018. The parties were unable to reach a solution to avoid judicial intervention. (*See* Declaration of Matthew M. Peters, ¶¶ 6-9, filed concurrently herewith).

Good Cause: Pursuant to Federal Rules of Civil Procedure, Rule 37(1)(3)(iii & iv), Defendants may move this Court for an order that Plaintiffs respond to discovery. An evasive or incomplete disclosure, answer or response must be treated as a failure to disclose, answer or response. *Id.* at Rule 37(a)(4).

Defendants have good cause to seek and obtain basic information through discovery pertaining to Plaintiffs' claims, contentions and alleged damages. *See* Fed. R. Civ. P., Rule 26(b)(1). Defendants maintain that Plaintiffs refuse to respond to and/or produce relevant and non-privileged information in response to Defendants' Interrogatories (Set One) and Requests for Production of Documents (Set One). The parties have made numerous attempts to resolve the subject discovery disputes without judicial intervention. To date, the parties have been unable to resolve the subject discovery disputes. Thus, Defendants request an order compelling Plaintiffs to provide complete answers, responses and disclosures without objections to Defendants' Interrogatories (Set One) and Requests for Production of Documents (Set

2

**DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFFS' RESPONSES WITHOUT OBJECTIONS TO DEFENDANT, CITY OF LONG BEACH'S INTERROGATORIES, SET ONE**

One).

DATED: April 12, 2019

                    CHARLES PARKIN, City Attorney

                    By: */s/ Matthew M. Peters*
                          MATTHEW M. PETERS
                          Deputy City Attorney
                    Attorneys for Defendant
                    CITY OF LONG BEACH

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach. CA 90802-4664

3

**DEFENDANTS' NOTICE OF MOTION TO COMPEL PLAINTIFFS' RESPONSES WITHOUT OBJECTIONS TO DEFENDANT, CITY OF LONG BEACH'S INTERROGATORIES, SET ONE**