Lisa Holder, State Bar No. 212628
lisaholder@yahoo.com
THE LAW OFFICES OF LISA HOLDER
P.O. Box 65694
Los Angeles, California 90065
Telephone: (323) 683-6610

Attorney for Plaintiffs
KATHLEEN WILLIAMS and MICHAEL HILL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LONG BEACH, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>Defendants. | Case Number: 2:18-cv-01069<br><br>HON. ANDRE BIROTTE, JR.<br><br>**DECLARATION OF LISA HOLDER FILED CONCURRENTLY WITH OPPOSITION TO DEFENDANT MTA'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND REQUEST FOR SANCTIONS WITH SUPPORTING EXHIBITS**<br><br>Date: May 3, 2019<br>Time: 10:00 a.m.<br>Ctrm: 7B<br>Complaint: February 7, 2018<br>Trial Date: TBD |

## DECLARATION OF LISA HOLDER

I, Lisa Holder, declare as follows:

1. I am an attorney duly licensed to practice law in California and the Central District of California. I am principal attorney in the Law Office of Lisa Holder, attorneys of record for Plaintiffs Kathleen Williams and Michael Hill. I have personal knowledge of the matters stated herein and, if called upon to testify, I could and would testify competently thereto. I am submitting this declaration in support of the Plaintiffs' *OPPOSITION TO DEFENDANT MTA'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND PLAINTIFFS' REQUEST FOR RULE 11 SANCTIONS*

2. Prior to filing the Third Amended Complaint, which is the subject of this motion, Plaintiff sent a *proposed* TAC to MTA (identical to the filed TAC Dkt#83) and repeatedly attempted to meet and confer in good faith with MTA regarding the proposed TAC in order to determine whether MTA was amenable to the changes in the TAC or whether MTA had a legal basis for objecting to perceived defects in the amendments, with the purpose of obviating the need for a Motion to Dismiss and adhering to the admonition in item 7 or this Court's Standing Order.

3. MTA was virtually nonresponsive to Plaintiffs meet and confer attempts for over a month and indolently failed to provide plaintiffs with insight as to whether they perceived any defects in the proposed complaint or would oppose plaintiffs request for leave to amend the SAC.

4. In February 2019 after waiting for over a month for MTA to respond to meet and confer attempts, Plaintiff sought leave of this Court to file the proposed TAC. Leave to file the TAC was granted on March 8, 2019 and on March 10, 2019 Plaintiffs filed the Third Amended Complaint, the current, operative complaint. (Dkt# 83)

5. On March 25, 2019, prior to filing the MTD, Defendant MTA sent Plaintiffs a meet and confer letter outlining Defendant's objection to the TAC and the basis for the intended MTD. Plaintiffs' promptly responded to the letter, asserting that defendant had not outlined any new grounds for moving to dismiss, denouncing MTA's recycled arguments as a violation of the law of the case doctrine, and notifying MTA that the intended motion was frivolous in violation of Rule 11 and that plaintiff would seek sanctions if Defendants proceeded with the filing. (Exhibits).

6. Attached hereto as Exhibit A is a true and correct copy of the January 7, 2018 and January 14, 2019 meet and confer correspondence emails Plaintiff sent to MTA requesting their review of the *proposed* TAC.

7. Attached hereto as Exhibit B is a true and correct copy of MTA's dilatory response to Plaintiffs meet and confer request regarding the proposed TAC.

8. Attached hereto as Exhibit C is a true and correct copy of MTA's dilatory response to Plaintiffs meet and confer request regarding the proposed TAC.

9. Attached hereto as Exhibit D is a true and correct copy of Defendant MTA's March 25, 2019 letter and email requesting a meet and confer on the Motion to Dismiss the TAC.

10. Attached hereto as Exhibit E is a true and correct copy of Plaintiff's March 29, 2019 response to Defendant's March 25, 2019 meet and confer request.

11. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's April 1, 2019 follow-up response to Defendant's March 25, 2019 meet and confer request.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

///

///

Executed on April 12, 2019 at Los Angeles, California.

                                                  /s/ Lisa Holder
                                                    Lisa Holder

DECLARATION OF LISA HOLDER FILED CONCURRENTLY WITH OPPOSITION TO DEFENDANT MTA'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT AND REQUEST FOR SANCTIONS WITH SUPPORTING EXHIBITS