# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>　　　　Plaintiffs,<br>　vs.<br><br>CITY OF LONG BEACH, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>　　　　Defendants. | Case Number: 2:18-cv-01069<br><br>HON. ANDRE BIROTTE, JR.<br><br>**[PROPOSED]ORDER GRANTING PLAINTIFFS' REQUEST FOR SANCTIONS** |

ORDER

IT IS HEREBY ORDERED that sanctions are levied against counsel for Defendant MTA.  Sanctions will consist of payment of attorney fees and cost to Plaintiffs' counsel for the time consumed preparing and filing the Opposition to the Motion to Dismiss the Third Amended Complaint in an amount to be determined per fee motion.

Date:_____

_____
**JUDGE ANDRE BIROTTE**

---

ORDER LEYING SANCTIONS AGAINST DEFENDANT COUNSEL                    1