1  LAW OFFICE OF SHIRIN BUCKMAN
   SHIRIN BUCKMAN, ESQ.   (State Bar No. 314634)
2  PO Box 1053
   Los Angeles, CA 90028
3  Telephone:     (323) 645-7430
4  Cell:          (323) 463-3326

5  LISA HOLDER (State Bar No. 212628)
   LAW OFFICE OF LISA HOLDER
6  lisaholder@yahoo.com
7  P.O. Box 65694
   Los Angeles, California 90065
8  Telephone:     (323) 683-6610

9  WALK FREE LAW
10 ALANA YAKOVLEV, ESQ.   (State Bar No. 270910)
   611 S. Catalina Street, Suite 222
11 Los Angeles, CA 90005
   Telephone:     (213) 674-7323
12 Facsimile:     (323) 998-6339

13 Attorneys for PLAINTIFFS KATHLEEN WILLIAMS AND MICHAEL HILL
14  (Attorneys continued on next page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>Defendants. | Case No: 2:18-cv-01069<br><br>[*Assigned to Honorable Andre Birotte*]<br><br>**JOINT STIPULATION TO CONTINUE CURRENTLY SCHEDULED DATES AND/OR DEADLINES FOR TRIAL, DISCOVERY, AND MOTION DEADLINES** |

| | |
|---|---|
| 1 | CHARLES PARKIN, City Attorney |
| 2 | MATTHEW M. PETERS, Deputy City Attorney<br>State Bar No. 306959 |
| 3 | 333 West Ocean Boulevard, 11th Floor<br>Long Beach, California 90802-4664 |
| 4 | Telephone: (562) 570-2200<br>Facsimile: (562) 436-1579 |
| 5 | Attorneys for Defendants CITY OF LONG BEACH, ROBERT J. CRUZ, NORMAN A. DUMAPLIN, and JONATHAN STEINHAUSER |
| 6 | |
| 7 | RICKEY IVIE, ESQ. (S.B.N.: 76864) |
| 8 | rivie@imwlaw.com  Public Entity Exempt |
| 9 | ARMAND J. JAAFARI, ESQ. (S.B.N.: 316607)  from Filing Fee<br>ajaafari@imwlaw.com |
| 10 | IVIE, McNEILL & WYATT |
| 11 | A Professional Law Corporation |
| 12 | 444 S. Flower Street, Suite 1800<br>Los Angeles, CA 90071 |
| 13 | Tel: (213) 489-0028 |
| 14 | FAX: (213) 489-0552 |
| 15 | Attorneys for Defendant LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY |
| 16 | |

JOINT STIPULATION TO CONTINUE CURRENTLY SCHEDULED DATES AND/OR DEADLINES FOR TRIAL, DISCOVERY, AND MOTION DEADLINES

Plaintiffs, Kathleen Williams and Michael Hill (hereinafter "Plaintiffs") and Defendants City of Long Beach, Officer Robert J. Cruz, Officer Norman A. Dumaplin; Sergeant Jonathan Steinhauser; and Defendant Los Angeles County Metropolitan Transit Authority (hereinafter "MTA") (collectively referred to as the "Parties"), by and through their counsel of record, electronically met and conferred in March 2019 and hereby stipulate and agree to amend pre-trial and trial dates as follows:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DATE |
|---|---|---|
| Trial | November 5, 2019 | March 9, 2020 |
| Final Pre-Trial Conference; Hearing on Motions in Limine | October 18, 2019 | February 21, 2020 |
| Non-Expert Discovery Cut-Off | July 18, 2019 | October 25, 2019 |
| Expert Disclosure (Initial) | June 6, 2019 | October 11, 2019 |
| Expert Disclosure (Rebuttal) | July 24, 2019 | November 22, 2019 |
| Expert Discovery Cut-Off | August 21, 2019 | December 20, 2019 |
| Last Day to Hear Motions | September 13, 2019 | January 10, 2020 |
| Deadline to Complete Settlement Conference | August 9, 2019 | December 13, 2019 |
| Trial Filings (First Round) | September 27, 2019 | January 31, 2020 |
| Trial Filings (Second Round) | October 4, 2019 | February 7, 2020 |

This joint request is based on a concern by the Plaintiffs that they have recently been furnished extensive discovery from defendant MTA, consisting of over one million documents, which must be carefully and thoroughly reviewed.

In addition, Plaintiffs intend to propound additional discovery requests on Defendants to obtain additional information and clarification as to the claims and defenses in this matter.

The parties will also be able to engage in a meaningful settlement process as discovery continues to be conducted and the issues in this matter are narrowed.

The parties have not previously sought any continuances of any trial, pretrial, or discovery cut-off dates or deadlines in this action.

IT IS SO STIPULATED.

Dated:     April 19, 2019          LAW OFFICE OF SHIRIN BUCKMAN

                            By: _____*Shirin Buckman*_____
                                Shirin Buckman, Esq.
                                Lisa Holder, Esq.
                                Alana Yakovlev, Esq.
                                Attorneys for Plaintiffs,
                                Kathleen Williams and Michael Hill

Dated:     March 26, 2019          LONG BEACH CITY ATTORNEY

                            By: _/s/ Matthew M. Peters_____
                                Matthew M. Peters,
                                Deputy City Attorney
                                Attorney for Defendant City of Long
                                Beach, Robert Cruz, Norman
                                Dumaplin, and Jonathan Steinhauser

4

| | | |
|---|---|---|
| Dated: | March 26, 2019 | IVIE, MCNEILL, & WYATT |

                                              By:     /s/ Armand J. Jaafari
                                                              Rickey Ivie, Esq.
                                                              Armand J. Jaafari, Esq.
                                                              **Attorneys for Defendant**
                                                              **LACMTA**