UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>          Plaintiffs,<br><br>     vs.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>          Defendants. | Case No: 2:18-cv-01069<br><br>[*Assigned to Honorable Andre Birotte*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CURRENTLY SCHEDULED DATES AND/OR DEADLINES FOR TRIAL, DISCOVERY, AND MOTION DEADLINES** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CURRENTLY SCHEDULED DATES AND/OR DEADLINES FOR TRIAL, DISCOVERY, AND MOTION DEADLINES

*Kathleen Williams, et al. vs. City of Long Beach, et al.*                                  Case No.: 2:18-cv-01069

WHEREAS, the Parties have stipulated to amending the current trial and pre-trial dates as follows:

| EVENT | CURRENT DEADLINE | PROPOSED NEW DATE |
|---|---|---|
| Trial | November 5, 2019 | March 9, 2020 |
| Final Pre-Trial Conference; Hearing on Motions in Limine | October 18, 2019 | February 21, 2020 |
| Non-Expert Discovery Cut-Off | July 18, 2019 | October 25, 2019 |
| Expert Disclosure (Initial) | June 6, 2019 | October 11, 2019 |
| Expert Disclosure (Rebuttal) | July 24, 2019 | November 22, 2019 |
| Expert Discovery Cut-Off | August 21, 2019 | December 20, 2019 |
| Last Day to Hear Motions | September 13, 2019 | January 10, 2020 |
| Deadline to Complete Settlement Conference | August 9, 2019 | December 13, 2019 |
| Trial Filings (First Round) | September 27, 2019 | January 31, 2020 |
| Trial Filings (Second Round) | October 4, 2019 | February 7, 2020 |

**IT IS HEREBY ORDERED** that calendar dates and cut-off dates will be extended.

IT IS SO ORDERED.

Date:                                              By:_____
                                                         United States District Judge
                                                         Honorable Andre Birotte

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CURRENTLY SCHEDULED DATES AND/OR DEADLINES FOR TRIAL, DISCOVERY, AND MOTION DEADLINES

*Kathleen Williams, et al. vs. City of Long Beach, et al.*                    Case No.: 2:18-cv-01069