CHARLES PARKIN, City Attorney
MATTHEW M. PETERS, Deputy City Attorney
State Bar No. 306959
411 West Ocean Boulevard, 9th Floor
Long Beach, California 90802-4664
Telephone:  (562) 570-2200
Facsimile:   (562) 436-1579

Attorneys for Defendants
CITY OF LONG BEACH, ROBERT J. CRUZ, NORMAN A. DUMAPLIN, JONATHAN STEINHAUSER, and ROBERT LUNA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>Defendants. | Case No.:  2:18-cv-01069-AB-JC<br><br>Honorable Andre Birotte, Jr.<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL**<br><br>Complaint Filed: February 7, 2018<br>Trial Date:         February 23, 2021 |

**TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Matthew M. Peters, attorney of record for Defendants, CITY OF LONG BEACH, ROBERT J. CRUZ, NORMAN A. DUMAPLIN, JONATHAN STEINHAUSER, and CHIEF ROBERT LUNA, will be out of the office and unavailable for any purpose from October 10, 2020 through October 25, 2020. Matthew Peters will be out of the country on a pre-planned and pre-paid for vacation and will not have access to telephonic or electronic

1
**NOTICE OF UNAVAILABLITY OF COUNSEL**

communications. Due to the current COVID-19 pandemic, Matthew Peters only recently received confirmation that his vacation would proceed as scheduled.

During this period, Matthew M. Peters will not be able to receive notice of any kind, respond to motions, depositions, discovery, meetings, or other actions in this case. Therefore, Matthew M. Peters requests that the Court and Parties do not schedule any hearings, depositions, or other time-sensitive items (*e.g., ex parte* applications, deposition notices, subpoenas, depositions, and/or motions to compel) during this period of unavailability or immediately afterwards, to allow for adequate preparation. The professional courtesy and cooperation of counsel is anticipated with gratitude.

DATED: October 1, 2020              CHARLES PARKIN, City Attorney

By: */s/ Matthew M. Peters*
       MATTHEW M. PETERS
       Deputy City Attorney,
Attorneys for Defendant, CITY OF LONG BEACH

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
411 West Ocean Boulevard, 9th Floor
Long Beach, CA 90802-4664