OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN WILLIAMS, an individual; and MICHAEL HILL, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, a municipal entity; LONG BEACH POLICE DEPARTMENT, a municipal entity; Officer ROBERT J. CRUZ; Officer NORMAN A. DUMAPLIN; Sergeant JONATHAN STEINHAUSER; LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, a municipal entity; and DOES 1-10,<br><br>Defendants. | Case No.: 2:18-cv-01069-AB-JC<br><br>Honorable Andre Birotte, Jr.<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Complaint Filed: February 7, 2018<br>Trial Date: October 21, 2022 |

On November 19, 2021, Defendants', CITY OF LONG BEACH, ROBERT LUNA, JONATHAN STEINHAUSER, ROBERT CRUZ, and NORMAN DUMAPLIN, and JONATHAN STEINHAUSER ("City Defendants"), and Defendant's, LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY ("Metro Defendant") (collectively "Defendants"), Motions for Summary Judgment, as well as Plaintiffs', KATHLEEN WILLIAMS and MICHAEL HILL ("Plaintiffs"), Motion for Partial Summary Judgment, came on for hearing, in Courtroom 7B of the First Street Courthouse, 350 West First Street, Los

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

Angeles, CA 90012, Honorable Andre Birotte, Jr., District Court Judge presiding. Matthew M. Peters, Deputy City Attorney, appeared via Zoom Video Conference on behalf of City Defendants. Keith Wyatt appeared via Zoom Video Conference on behalf of Metro Defendant. J. Bernard Alexander, Britt Karp, and Lisa Holder appeared via Zoom Video Conference on behalf of Plaintiffs.

The Court, having carefully considered the papers and the evidence submitted by the Parties, and having heard the oral argument of counsel, ordered supplemental briefing from the Parties on two issues, and thereafter took the matter under submission.

On April 5, 2022, the Court, after having carefully considered the supplemental briefing and additional evidence submitted by the Parties, ruled on the matter and granted Defendants' Motions for Summary Judgment and denied Plaintiffs' Motion for Partial Summary Judgment.

IT IS THEREFORE ADJUDGED, ORDERED, and DECREED that judgment shall be entered forthwith in favor of Defendants, CITY OF LONG BEACH, ROBERT LUNA, JONATHAN STEINHAUSER, ROBERT CRUZ, NORMAN DUMAPLIN, and LOS ANGELES COUNTY METROPOLITAN TRANSIT AUTHORITY, and against Plaintiffs KATHLEEN WILLIAMS and MICHAEL HILL.

IT IS FURTHER ORDERED that Defendants be awarded costs of suit incurred in this matter pursuant to a bill of costs in accordance with Local Rule 54-2.

**IT IS SO ORDERED.**

DATED: April 20, 2022

_____
Honorable Andre Birotte Jr.
U.S. District Court Judge